UNITED STATES of America,
Plaintiff–Appellee

v.

**Guillermo RODRIGUEZ–FLORES, also known as Memo, Defendant–Appellant.**

No. 06–10181
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2007.

Susan B. Cowger, Tamara Lynn Reno, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Heather J. Barbieri, Plano, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Guillermo Rodriguez–Flores (Rodriguez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has filed a response. Our independent review of the record, counsel's brief, and Rodriguez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

The attorney appointed to represent Minh Van Pham has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pham has filed a response. Our independent review of the record, counsel's brief, and Pham's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

